### PAGE *v.* BELL.

BECK, J. This case is ruled in favor of the defendant in error by the decisions in the cases of *Nally* v. *Nally*, 74 *Ga.* 669 (58 Am. R. 458), *Brown* v. *Dennis*, 133 *Ga.* 791 (66 S. E. 1080), s. c. 136 *Ga.* 300 (71 S. E. 421), and *Smith* v. *Locomotive Engineers Mutual &c. Asso.*, 138 *Ga.* 717 (76 S. E. 44).     *Judgment affirmed. All the Justices concur.*

FEBRUARY 15, 1916.

Equitable petition. Before Judge Mathews. Bibb superior court. November 12, 1914.

*B. J. Fowler,* for plaintiff in error. *S. B. Hunter,* contra.